Kevin Orlando SMITH, Petitioner–Appellant,

v.

DIRECTOR OF VIRGINIA DEPARTMENT OF CORRECTIONS, Respondent–Appellee.

No. 00–6916.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 5, 2001.

Decided Jan. 18, 2001.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Kevin Orlando Smith appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Smith v. Director, Virginia Dep't. of Corrections,* No. CA–99–1544–AM (E.D. Va. Apr. 25 & May 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid in the decisional process.

*DISMISSED.*